UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 17 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____Th_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID LAWRENCE MURRAY III (1)<br><br>  Defendant. | Case No. 15CR2264 MMA<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

The Court has granted the motion of the Government for dismissal of the offense as charged in the Indictment 18 USC 111(a)(1) and (b) - Assault on a Federal Officer

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 5/16/2016

Hon. Michael M. Anello
United States District Judge